MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge Kristen L. Mix

DATE: April 26 2022
21-cv-00334-SKC-KLM
Travis Head v. S & S Truck Specialties, LLC, et al.

✓     A settlement conference was held on _4/26/22_ and no settlement was reached as to any claims in this action.

_____     Another Settlement Conference set for _____.

Updated Confidential Settlement Statements are due on or before _____.

☐     in accordance with the Court's Instructions

_____     A settlement conference was held on this date, and a settlement was reached as to

       _____     All claims in this action. The parties shall file a stipulated motion to dismiss on or before _____.

       _____     Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____.

Settlement conference and preparation time involved: hours minutes.

✓     A record was made     _____     No record was made

* * * * * * * * * * * * * * *

_____     Supplemental settlement negotiations were held in the above-captioned case.

Negotiation and preparation time involved: _3_ hours _30_ minutes