IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-334-SKC

**TRAVIS HEAD**,
    Plaintiff,

v.

**S&S TRUCK SPECIALTIES, LLC, and CLINT SPEER**,
    Defendants.

---

### JOINT STIPULATION OF DISMISSAL
_____

    COME NOW Plaintiff Travis Head and Defendants S&S Truck Specialties, LLC, and Clint Speer, by and through their respective undersigned counsel, and for their Joint Stipulation of Dismissal without Prejudice, state as follows:

    1.    Plaintiff Travis Head desires to dismiss his case in its entirety.

    2.    In accordance with Rule 41(a)(1)(A)(ii) of the Fed. R. Civ. P., the parties hereby stipulate to dismissal without prejudice, each party to bear its own costs and fees.

Respectfully submitted,

**PLAINTIFF TRAVIS HEAD**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

/s/ April Rhéaume
April Rhéaume
Ark. Bar No. 2015208
april@sanfordlawfirm.com

and

**DEFENDANTS S&S TRUCK SPECIALITIES, LLC AND CLINT SPEER**

BECHTEL & SANTO, LLP
205 North 4th Street, Suite 3000
Grand Junction, Colorado 81501
Telephone: (970) 683-5888
Facsimile: (970) 683-5887

/s/ Molly K. Reinhardt
reinhardt@bechtelsanto.com

## **CERTIFICATE OF SERVICE**

      I, April Rhéaume, do hereby certify that a true and correct copy of the foregoing was served via email on May 23, 2022, to the attorneys listed below:

Michael C. Santo, Esq.
Molly K. Reinhardt, Esq.
BECHTEL & SANTO, L.L.P.
205 North 4th Street, Suite 300
Grand Junction, Colorado 81501
Telephone: (970) 683-5888
Facsimile: (970) 683-5887
santo@bechtelsanto.com
reinhardt@bechtelsanto.com

                                                           /s/ April Rhéaume
                                                           **April Rhéaume**